UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TY FARRIS, et al.,

      Plaintiffs,

v.                                                    CASE NO: 8:07-cv-2156-T-23EAJ

UNITED HOIST EQUIPMENT, INC.,

      Defendant.

_____/

## ORDER

Following the pro se plaintiff's failure to appear at the pretrial conference on December 2, 2008, the United States Magistrate Judge, sua sponte, issued a report (Doc. 33) recommending dismissal of the plaintiff's complaint for protracted failure to prosecute the case. No party objects to the report, and the time for filing objections has expired.

Accordingly, the Magistrate Judge's report and recommendation (Doc. 33) is **ADOPTED**, and the complaint (Doc. 1) is **DISMISSED**. Dismissal of the complaint, the sole basis for federal jurisdiction over this lawsuit, eliminates subject matter jurisdiction over the defendant's state law counterclaim. See 28 U.S.C. § 1367(c)(3). Accordingly, the defendant's counterclaim (Doc. 6) is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. The Clerk is directed to terminate any pending motion, and close the case.

ORDERED in Tampa, Florida, on December 23, 2008.

_____
**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**

xc:   US Magistrate Judge
       Courtroom Deputy